# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Sara Cummings<br>**DEFENSE ATTORNEY:**<br>Address:<br><br><br>Telephone No.:<br><br>**INVESTIGATIVE AGENT:** Christopher Davis<br>Telephone No.: (208) 386-2107<br>**AGENCY:** Drug Enforcement Administration | **JUVENILE:** No<br><br>**PUBLIC or SEALED:** Public<br>**SERVICE TYPE:** Warrant<br>(Summons or Warrant or Notice (if Superseding))<br>**ISSUE:** Yes<br><br>**INTERPRETER:** No<br>If YES, language: |
| **CASE INFORMATION:** | **RELATED COMPLAINT:** No<br>**CASE NUMBER:** |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Complaint

| | | |
|---|---|---|
| Felony: | Yes | County of Offense: Ada |
| Class A Misdemeanor: | No | Estimated Trial Time: 3 days |
| Class B or C Misdemeanor:<br>(Petty Offense) | No | |

| STATUTE<br>(Title and Section(s)) | COUNT/<br>FORFEITURE<br>ALLEGATION | BRIEF DESCRIPTION | PENALTIES<br>(Include Supervised Release<br>and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(A), 846 | ONE | Conspiracy to Distribute Methamphetamine | Minimum 10 years to life imprisonment, 5 years supervised release, $10,000,000.00 fine, $100 Special Assessment |

Date: 16 March 2018    Assistant U.S. Attorney: BRYCE B. ELLSWORTH
                       Telephone No.: (208) 334-1211